John C. Willis, Appellant, *v.* Frank H. McKinnon et al., Respondents.

*Willis* v. *McKinnon,* 35 App. Div. 131, reversed.
(Argued November 20, 1900; decided December 7, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*C. L. Andrus* for appellant.

*James R. Baumes* for respondents.

Judgment reversed and new trial granted, costs to abide the event, on opinion of Landon, J., below.

Concur: O'Brien, Bartlett, Haight, Martin, Vann and Cullen, JJ. Not sitting: Landon, J.

---

Bartlett B. Grippin, Appellant, *v.* Edwin A. Weed, Respondent, Impleaded with Others.

(Argued November 21, 1900; decided December 7, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1898, affirming a judgment in favor of defendant entered upon the report of a referee.

*Edgar T. Brackett* for appellant.

*C. H. Sturges* for respondent.

Judgment affirmed, with costs, on opinion in *Grippin* v. *Weed* (22 App. Div. 593).

Concur: Parker, Ch. J., O'Brien, Bartlett, Haight, Martin and Vann, JJ. Not sitting: Landon, J.